UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| MARIO A. DELAGARZA,<br><br>    Petitioner,<br><br>V.<br><br>GREGORY KIZZIAH, Warden,<br><br>    Respondent. | Civil Action No. 7: 16-284-KKC<br><br>**JUDGMENT** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** that:

1. Judgment is entered in favor of Respondent Gregory Kizziah, Warden of the United States Penitentiary, Big Sandy, with respect to all issues raised in this proceeding.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated December 5, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY